EIGHTY-FIVE PARK AVENUE CORPORATION, Appellant, v. THE BOWERY SAVINGS BANK, JAMES A. STENHOUSE, WILLIAM A. SCHULTHEIS, R. FRANK BROOKS (Sued Herein as FRANK J. BROOKS) and CORNELIUS J. WHITE, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ERNESTINA CASTRONOVA and WILLIAM CASTRONOVA, Appellants, v. TOMASO BOASSI and AGOSTINO COSTA, Respondents.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARION STEELE, Sometimes Known as MARION DALTON, Respondent, v. COLIN G. STEELE, Also Known as GILMAN COLIN STEELE, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. CHARLES KATZ, Appellant, and ROSE KATZ, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KATHERINE T. MAXWELL, Respondent, v. GEORGE L. MAXWELL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [169 Misc. 431.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUEL GEORGE, Appellant.— Judgment unanimously reversed, the information dismissed, and the defendant discharged from custody, on the ground that defendant's guilt was not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY KANIGHER, as Administratrix, etc., of GERALD KANIGHER, Deceased, Appellant, v. SCHWERIN AIR CONDITIONING CORPORATION, Respondent, Impleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and reinstate verdict.

RUDOLFINE SCHREIBER, Respondent, v. VINCENT BENDIX, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse and deny the motion.

EDITH V. COHEN, Plaintiff, v. FREDERICK PERCIVAL SMALL, as President of the American Express Co., an Unincorporated Association, Appellant, and "ITALIA" SOCIETA ANOMINA DI NAVIGAZIONE, a Corporation, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant-appellant to answer cross-claim and complaint within twenty days after service of a copy of order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.